```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIRWAIS ZAZAY,<br><br>            Plaintiff,<br><br>   v.<br><br>DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>            Defendant. | Case No. 3:25-cv-02779 LJC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER** |

The parties hereby stipulate to an extension of time for Defendant's response to Plaintiff's complaint. Defendant will file their response on or before July 9, 2025. The parties make this request because Defendant needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 5. Currently, Defendant must file a motion for summary judgment by 120 days after the complaint was served, or August 8, 2025. In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that Defendants must file their motion for summary judgment by September 8, 2025.

1 | Dated: June 5, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: June 5, 2025

*/s/ Maryam Danishwar*
MARYAM DANISHWAR
Clark Hill PLC
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 5, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 3:25-cv-02779 LJC                                    2