CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIRWAIS ZAZAY,<br><br>           Plaintiff,<br><br>  v.<br><br>DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>           Defendant. | Case No. 3:25-cv-02779 LJC<br><br>**STIPULATION TO REMAND CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) and [PROPOSED] ORDER** |

      Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization or order U.S. Citizenship and Immigration Services ("USCIS") to adjudicate it. USCIS is prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

      Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

Stipulation to Remand
C 3:25-cv-02779 LJC                                1

1. USCIS will issue a Notice of Intent to Deny ("NOID") or a final decision on Plaintiff's application within fourteen days of the Court's order remanding this case to the agency.

2. If a NOID is issued, USCIS will take further adjudicatory action (viz approval, denial, additional NOID, or Request for Evidence) within 45 days of receiving Plaintiff's response to the NOID.

3. The Court shall remand this case to USCIS, 630 Sansome Street, San Francisco, CA 94111, directing the agency to issue a final decision or a NOID on Plaintiff's application for naturalization within fourteen days of the Court's order and to take further adjudicatory action within 45 days of receiving Plaintiff's response to the NOID, if applicable.

4. Each of the parties shall bear their own costs and fees.

Dated: June 30, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: June 30, 2025

/s/ Maryam Danishwar
MARYAM DANISHWAR
Clark Hill PLC
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 1, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.